FILED

MAR 21 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE DUGAN AND FLATHEAD PROPERTIES, LLC, | CV 16–80–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | |
| Defendant. | |

Defendant United States Army Corps of Engineers has filed an Unopposed Motion to File Corrected Administrative Record along with a Certification of Corrected Administrative Record. The unopposed motion states that Defendant is providing the Clerk's Office with three copies of a disc containing the Corrected Administrative Record on March 20, 2019, and Defendant reports that it has served two copies of the disc on Plaintiff. The Court finds there is good cause for Defendant's Unopposed Motion to File Corrected Administrative Record.

Accordingly, IT IS ORDERED that the Unopposed Motion to File Corrected Administrative Record (Doc. 23) is granted and the Clerk shall accept for filing the Certification of Corrected Administrative Record and the discs

-1-

containing the Corrected Administrative Record.

DATED this 21st day of March, 2018.

Dana L. Christensen, Chief District Judge
United States District Court