IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE DUGAN, MARGRIT MATTER, AVAH WALKER, and FLATHEAD PROPERTIES, LLC, | CV 16-80-M-DLC |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | |
| Defendant. | |

A settlement conference was held in this matter on August 9, 2018, before United States Magistrate Judge Jeremiah C. Lynch. The Court is advised that as a result of the conference, the parties agree that this case should be stayed to afford the parties time to pursue settlement – a process that will require additional time for the submission of additional materials for review by the Defendant. Magistrate Judge Lynch recommends the stay be granted.

Therefore, IT IS HEREBY ORDERED that proceedings in this case shall be STAYED until January 11, 2019, at which time the parties shall file a joint status report.

DATED this 9th day of August, 2018.

Dana L. Christensen, Chief District Judge
United States District Court