FILED

JAN 14 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE DUGAN, MARGRIT MATTER, AVAH WALKER, and FLATHEAD PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | CV 16-80-M-DLC<br><br>ORDER |

A settlement conference was held in this matter on August 9, 2018, before United States Magistrate Judge Jeremiah C. Lynch. That day, the Court granted the parties' request to stay this case to afford the parties time to continue to pursue settlement. The parties now move the Court to continue to hold proceedings in abeyance for an additional 120 days. (Doc. 42.) They represent that settlement proceedings continue to progress but that additional time is necessary.

1

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED. Proceedings in this case shall be STAYED until May 10, 2019, at which time the parties shall file a joint status report.

DATED this 14th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court