IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE DUGAN, MARGRIT MATTER, AVAH WALKER, and FLATHEAD PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendant. | CV 16-80-M-DLC <br><br> ORDER |

A settlement conference was held in this matter on August 9, 2018. Since that date, this matter has been stayed while the parties work toward settlement. The parties ask that the Court hold this matter in abeyance for an additional 120 days, explaining that settlement proceedings continue to progress but that additional time is necessary to "obtain . . . permits from other jurisdictions which may have a bearing on the permitting process at issue in this matter." (Doc. 52 at 2.)

Accordingly, IT IS ORDERED that the Joint Status Report and Request for Additional Stay (Doc. 52) is GRANTED. Proceedings in this case shall be

1

STAYED until June 1, 2020, at which time the parties shall file a joint status report.

DATED this 17th day of January, 2020.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court