IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE DUGAN, MARGRIT MATTER, AVAH WALKER, and FLATHEAD PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | CV 16-80-M-DLC<br><br>ORDER |

This matter has been stayed since August 9, 2018. The parties continue to make progress toward settlement and have filed status reports at regular intervals, with the next report due on October 1, 2020.

Accordingly, IT IS ORDERED that all pending motions are denied, subject to renewal when the stay is lifted.

DATED this 3rd day of August, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1