IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE DUGAN, MARGRIT MATTER, AVAH WALKER, and FLATHEAD PROPERTIES, LLC, | CV 16–80–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | |
| Defendant. | |

Pursuant to the parties' Stipulated Motion to Dismiss Without Prejudice (Doc. 57),

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

DATED this 1st day of October, 2020.

Dana L. Christensen, District Judge
United States District Court

1